# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

GERALD STEGALL,

    Plaintiff,

v.

THE KROGER CO.,

    Defendants.

Civil Action File No.

1:24-cv-04361-TRJ

---

## DEFENDANT THE KROGER CO.'S NOTICE OF SETTLEMENT

COMES NOW Defendant The Kroger Co. ("Kroger"), by and through counsel, and hereby provides notice to this Honorable Court that the parties have reached a settlement and anticipate filing a Joint Stipulation of Dismissal within thirty (30) days.

This the 18th day of May, 2026.

**GRAY, RUST, MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone:   (404) 870-7386
Facsimile:   (404) 870-1033
E-mail:   mmoffett@grmb.com
    slisle@grmb.com
    severt@grmb.com

*/s/ Sarah Raquel L. Lisle*
Matthew G. Moffett
Georgia State Bar No.: 515323
Sarah Raquel L. Lisle
Georgia State Bar No.: 412593
Simrun M. Evert
Georgia State Bar No.: 806443
*Attorneys for The Kroger Co.*

1

<u>CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R. 5.1</u>

I HEREBY CERTIFY that I have this date served the within and foregoing

***Defendant The Kroger Co.'s Notice of Settlement*** with the Clerk of Court using the

CM/ECF system which will automatically send email notification of such filing to

the following attorneys of record:

Natalie C. Foster, Esq.
BADER LAW INJURY LAWYERS
3384 Peachtree Rd. NE, Suite 500
Atlanta, GA 30326
litigation@baderlaw.com
nataliefoster@baderlaw.com

This is to further certify that the foregoing complies with the font and point

selections approved by the Court in Local Rule 5.1.  It is prepared in Times New

Roman 14-point font.

This the 18th day of May, 2026.

| | |
|---|---|
| **GRAY, RUST, MOFFETT & BRIESKE, L.L.P.** | */s/ Sarah Raquel L. Lisle* |
| 950 East Paces Ferry Road, N.E. | Matthew G. Moffett |
| Suite 1700 – Salesforce Tower Atlanta | Georgia State Bar No.: 515323 |
| Atlanta, Georgia 30326 | Sarah Raquel L. Lisle |
| Telephone:  (404) 870-7386 | Georgia State Bar No.: 412593 |
| Facsimile:  (404) 870-1033 | Simrun M. Evert |
| E-mail:      mmoffett@grmb.com | Georgia State Bar No.: 806443 |
|                  slisle@grmb.com | *Attorneys for The Kroger Co.* |
|                  severt@grmb.com | |

2
